IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Johnson, Debbie A | Case Number: 08 B 12898 |
|---|---|---|
| | | Judge: Hollis, Pamela S |
| | Printed: 03/24/09 | Filed: 5/20/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: February 9, 2009
Confirmed: September 15, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 1,580.40 | |
| Secured: | | 1,476.92 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 103.48 |
| Other Funds: | | 0.00 |
| Totals: | 1,580.40 | 1,580.40 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 3,400.00 | 0.00 |
| 2. | HSBC Mortgage Corp | Secured | 0.00 | 0.00 |
| 3. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 4. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 5. | HSBC Mortgage Corp | Secured | 0.00 | 0.00 |
| 6. | Resurgent Capital Services | Secured | 5,079.47 | 265.22 |
| 7. | Chrysler Financial Services Americas LLC | Secured | 9,653.06 | 1,211.70 |
| 8. | Chase Home Finance | Secured | 395.00 | 0.00 |
| 9. | Spirit Of America Nat'l Ban | Unsecured | 142.74 | 0.00 |
| 10. | RoundUp Funding LLC | Unsecured | 199.28 | 0.00 |
| 11. | Macy's | Unsecured | 91.32 | 0.00 |
| 12. | RoundUp Funding LLC | Unsecured | 1,929.01 | 0.00 |
| 13. | ECast Settlement Corp | Unsecured | 242.52 | 0.00 |
| 14. | Nordstrom | Unsecured | 1,467.61 | 0.00 |
| 15. | Spirit Of America Nat'l Ban | Unsecured | 20.99 | 0.00 |
| 16. | Portfolio Recovery Associates | Unsecured | 788.49 | 0.00 |
| 17. | RoundUp Funding LLC | Unsecured | 50.79 | 0.00 |
| 18. | Comcast Cablevision | Unsecured | 65.06 | 0.00 |
| 19. | Pharia LLC | Unsecured | 155.87 | 0.00 |
| 20. | RoundUp Funding LLC | Unsecured | 245.60 | 0.00 |
| 21. | RoundUp Funding LLC | Unsecured | 32.87 | 0.00 |
| 22. | RoundUp Funding LLC | Unsecured | 149.45 | 0.00 |
| 23. | RoundUp Funding LLC | Unsecured | 112.02 | 0.00 |
| 24. | Resurgent Capital Services | Unsecured | 154.19 | 0.00 |
| 25. | Beneficial | Unsecured | 2,841.88 | 0.00 |
| 26. | ECast Settlement Corp | Unsecured | 65.92 | 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Johnson, Debbie A

Printed: 03/24/09

Case Number: 08 B 12898
Judge: Hollis, Pamela S
Filed: 5/20/08

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 27. | B-Real LLC | Unsecured | 61.22 | 0.00 |
| 28. | American Express Travel Relate | Unsecured | 378.81 | 0.00 |
| 29. | Jefferson Capital Systems LLC | Unsecured | 140.40 | 0.00 |
| 30. | RoundUp Funding LLC | Unsecured | 583.82 | 0.00 |
| 31. | ECast Settlement Corp | Unsecured | 182.61 | 0.00 |
| 32. | RoundUp Funding LLC | Unsecured | 916.35 | 0.00 |
| 33. | RoundUp Funding LLC | Unsecured | 257.58 | 0.00 |
| 34. | Portfolio Recovery Associates | Unsecured | 215.94 | 0.00 |
| 35. | ECast Settlement Corp | Unsecured | 59.71 | 0.00 |
| 36. | Resurgent Capital Services | Unsecured | 135.00 | 0.00 |
| 37. | ECast Settlement Corp | Unsecured | 100.35 | 0.00 |
| 38. | Portfolio Recovery Associates | Unsecured | 174.23 | 0.00 |
| 39. | ECast Settlement Corp | Unsecured | 786.28 | 0.00 |
| 40. | Midland Credit Management | Unsecured | 253.95 | 0.00 |
| 41. | Portfolio Recovery Associates | Unsecured | 1,514.17 | 0.00 |
| 42. | RoundUp Funding LLC | Unsecured | 186.16 | 0.00 |
| 43. | Midland Credit Management | Unsecured | 169.32 | 0.00 |
| 44. | AT&T Wireless | Unsecured | 175.34 | 0.00 |
| 45. | Cook County Treasurer | Secured | | No Claim Filed |
| 46. | HSBC | Unsecured | | No Claim Filed |
| 47. | Illinois Eye Institute | Unsecured | | No Claim Filed |
| 48. | Cingular Wireless | Unsecured | | No Claim Filed |
| 49. | Home Depot | Unsecured | | No Claim Filed |
| 50. | Direct Merchants Bank | Unsecured | | No Claim Filed |
| 51. | Goodyear | Unsecured | | No Claim Filed |
| 52. | Carson Pirie Scott & Co | Unsecured | | No Claim Filed |
| 53. | First Premier | Unsecured | | No Claim Filed |
| 54. | HSBC | Unsecured | | No Claim Filed |
| 55. | HSBC | Unsecured | | No Claim Filed |
| 56. | King Size | Unsecured | | No Claim Filed |
| 57. | Presidio/CM | Unsecured | | No Claim Filed |
| 58. | U S Cellular | Unsecured | | No Claim Filed |
| 59. | Providian | Unsecured | | No Claim Filed |
| 60. | UNVL/CITI | Unsecured | | No Claim Filed |
| 61. | City Of Chicago | Unsecured | | No Claim Filed |
| 62. | University of Illinois | Unsecured | | No Claim Filed |
| 63. | HSBC | Unsecured | | No Claim Filed |
| 64. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 65. | Thd/Cbsd | Unsecured | | No Claim Filed |
| | | | $ 33,574.38 | $ 1,476.92 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 53.98 |
| 6.6% | 49.50 |
| | $ 103.48 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Johnson, Debbie A | Case Number: 08 B 12898 |
| | Judge: Hollis, Pamela S |
| Printed: 03/24/09 | Filed: 5/20/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*[signature]*